**Marva MILLER, Appellant,**

**v.**

**STATE of Missouri and Missouri Department of Social Services, Division of Youth Services, Respondents.**

**No. ED 102738**

Missouri Court of Appeals, Eastern District, **DIVISION THREE.**

Filed: March 1, 2016

Marva Miller, Pro Se, 1224 Fairview Avenue, St. Louis, Missouri 63130, for Appellant.

Chris Koster, Attorney General, Jillian Meek Mueller, Assistant Attorney General, Philip Sholtz, P.O. Box 861, St. Louis, Missouri 63188, for Respondents.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

### PER CURIAM

Marva Miller appeals the summary judgment entered by the trial court in favor of defendant Missouri Department of Social Services ("DSS") on her claims of employment discrimination under the Missouri Human Rights Act (the "MHRA") and retaliation under the Workers' Compensation statute. Because Miller fails to present a plausible account of facts indicating that unlawful discrimination or retaliation occurred in this case, we find that the trial court did not err in granting summary judgment in favor of DSS. Accordingly, we affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).